# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1862       **Short Title:** Gulluni v. Rollins

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Hampden County Lawyers for Justice</u> as the

[ ] appellant(s)         [ ] appellee(s)         [✔] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

<u>/s/ Matthew R. Segal</u>
Signature

<u>Matthew R. Segal</u>
Name

<u>ACLU Foundation of Massachusetts, Inc.</u>
Firm Name (if applicable)

<u>One Center Plaza, Suite 850</u>
Address

<u>Boston, MA 02108</u>
City, State, Zip Code

<u>March 16, 2023</u>
Date

<u>617-482-3170</u>
Telephone Number

_____
Fax Number

<u>msegal@aclum.org</u>
Email (required)

Court of Appeals Bar Number: <u>1151872</u>

Has this case or any related case previously been on appeal?

[✔] No         [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).