## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 26.1, the *amici curiae* certify that they do not have parent corporations and that no publicly held corporation owns 10% or more of their stock.