# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1862        **Short Title:** Gulluni v. Rollins

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Anthony D. Gulluni _____ as the

[✓] appellant(s)        [ ] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

/s/ Jason M. Strojny
Signature

March 17, 2023
Date

Jason M. Strojny
Name

Libby Hoopes Brooks & Mulvey
Firm Name (if applicable)

617-338-9300
Telephone Number

399 Boylston Street
Address

Fax Number

Boston, MA 02116
City, State, Zip Code

jstrojny@lhbmlegal.com
Email (required)

Court of Appeals Bar Number: 1207311

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).