IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

ANTHONY D. GULLUNI, in his official capacity as District Attorney for Hampden County,

Plaintiff-Appellant,

v.

RACHAEL SPLAINE ROLLINS, in her official capacity as United States Attorney for the District of Massachusetts,

Defendant-Appellee.

No. 22-1862

**CONSENT MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE RESPONSE BRIEF**

Pursuant to Federal Rules of Appellate Procedure 26 and 27, appellee respectfully moves for a 30-day extension of time, to and including May 10, 2023, in which to file the response brief. The reasons for the motion are set out below. Appellant has consented to the relief requested by this motion.

1. Appellant's opening brief was initially due on December 20, 2022. At the request of a Court-appointed mediator, appellant obtained a 30-day extension of the deadline to January 19, 2023. The parties jointly requested a second extension of the deadline (to February 21) to permit further mediation discussions.

2. Appellant tendered his opening brief on February 21, 2023. Several days later, counsel for appellee filed a consent motion for a 30-day extension of the

deadline for filing the response brief. The Court denied the motion without prejudice because appellant's brief had not yet been accepted for filing. The Court later determined that appellant's brief did not comply with certain federal and local rules and ordered that a corrected brief be refiled. On March 9, the Court accepted the corrected brief. The deadline for filing the response brief is currently April 10.

    3. The attorney with principal responsibility for the response brief is Michael Shih. Mr. Shih is responsible for reviewing and monitoring many matters with pressing internal deadlines. The attorney with principal supervisory responsibility for the response brief is Daniel Tenny. Mr. Tenny also has supervisory responsibilities in the following cases: *Antunes v. Rector & Visitors of University of Virginia*, No. 22-2190 (4th Cir.) (response brief filed Mar. 17, 2023); *Insider Inc. v. GSA*, No. 22-5330 (D.C. Cir.) (response brief due Apr. 13); *Window Covering Manufacturers Ass'n v. CPSC*, No. 22-1300 (D.C. Cir.) (oral argument set for Apr. 24); and *United States v. California Stem Cell Treatment Center*, No. 22-56014 (9th Cir.) (opening brief due Apr. 25). Additionally, Mr. Tenny will be on leave during the first week of April.

    4. To provide counsel with sufficient time to prepare a response brief, appellee respectfully requests a 30-day extension of the due date for the brief, to and including May 10, 2023. Counsel for appellant have indicated that they consent to the relief requested by this motion.

        Respectfully submitted,

        DANIEL TENNY

        <u>/s/ Michael Shih</u>
        MICHAEL SHIH
          *Attorneys, Appellate Staff*
          *Civil Division, Room 7268*
          *U.S. Department of Justice*
          *950 Pennsylvania Avenue, N.W.*
          *Washington, D.C. 20530*
          *(202) 353-6880*

MARCH 2023

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 367 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f). I further certify that this motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared using Microsoft Word in a proportionally spaced typeface, 14-point Garamond font.

/s/ *Michael Shih*
MICHAEL SHIH

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2023, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                            /s/ *Michael Shih*
                                            MICHAEL SHIH