IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

ANTHONY D. GULLUNI, in his official capacity as District Attorney for Hampden County,

Plaintiff-Appellant,

v.

RACHAEL SPLAINE ROLLINS, in her official capacity as United States Attorney for the District of Massachusetts,

Defendant-Appellee.

No. 22-1862

**CONSENT MOTION FOR A FURTHER 30-DAY EXTENSION OF TIME TO FILE RESPONSE BRIEF**

Pursuant to Federal Rules of Appellate Procedure 26 and 27, appellee respectfully moves for a further 30-day extension of time, to and including June 9, 2023, in which to file the response brief. The reasons for the motion are set out below. Appellant has consented to the relief requested by this motion.

1. Appellant's opening brief was initially due on December 20, 2022. At the request of a Court-appointed mediator, appellant obtained a 30-day extension of the deadline to January 19, 2023. The parties jointly requested a second extension of the deadline (to February 21) to permit further mediation discussions.

2. Appellant tendered his opening brief on February 21, 2023. Several days later, counsel for appellee filed a consent motion for a 30-day extension of the

deadline for filing the response brief. The Court denied the motion without prejudice because appellant's brief had not yet been accepted for filing. The Court later determined that appellant's brief did not comply with certain federal and local rules and ordered that a corrected brief be refiled. On March 9, the Court accepted the corrected brief. The Court granted appellee's renewed motion for a 30-day extension of the deadline for filing the response brief. The response brief is currently due on May 10.

3. Despite diligent effort, counsel for appellees will be unable to prepare the response brief by May 10. The attorney with principal responsibility for the response brief is Michael Shih. Mr. Shih is responsible for reviewing and monitoring many matters with pressing internal deadlines. The attorney with principal supervisory responsibility for the response brief is Daniel Tenny. Mr. Tenny also has supervisory responsibilities in the following cases: *Window Covering Manufacturers Ass'n v. CPSC*, No. 22-1300 (D.C. Cir.) (oral argument held on Apr. 24); *Nader v. Secretary, HHS*, No. 22-16602 (9th Cir.) (response brief due May 11); *Insider Inc. v. GSA*, No. 22-5330 (D.C. Cir.) (response brief due May 15); *St. Vincent Med. Grp. v. DOJ*, No. 22-3009 (oral argument set for May 24); *United States v. California Stem Cell Treatment Center*, No. 22-56014 (9th Cir.) (opening brief due May 25); *MagnetSafety.Org v. CPSC*, No. 22-9578 (10th Cir.) (response brief due May 30); *Grand Canyon Univ. v. Rosenfelt*, 23-15124 (9th Cir.) (response brief due May 31).

2

4. To provide counsel with sufficient time to prepare a response brief, appellee respectfully requests a further 30-day extension of the due date for the brief, to and including June 9, 2023. Counsel for appellant have indicated that they consent to the relief requested by this motion.

                                                Respectfully submitted,

                                                DANIEL TENNY

                                                /s/ Michael Shih
                                                MICHAEL SHIH
                                                  *Attorneys, Appellate Staff*
                                                  *Civil Division, Room 7268*
                                                  *U.S. Department of Justice*
                                                  *950 Pennsylvania Avenue, N.W.*
                                                  *Washington, D.C. 20530*
                                                  *(202) 353-6880*

APRIL 2023

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 421 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f). I further certify that this motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared using Microsoft Word in a proportionally spaced typeface, 14-point Garamond font.

/s/ *Michael Shih*
MICHAEL SHIH

## CERTIFICATE OF SERVICE

      I hereby certify that on April 28, 2023, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                               /s/ *Michael Shih*
                                               MICHAEL SHIH