# United States Court of Appeals
## For the First Circuit

No. 22-1862

ANTHONY D. GULLUNI, District Attorney for Hampden County, in his official capacity,

Plaintiff - Appellant,

v.

RACHAEL SPLAINE ROLLINS, United States Attorney for the District of Massachusetts,

Defendant - Appellee.

**ORDER OF COURT**

Entered: April 28, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellee Rachael Splaine Rollins to file a brief be enlarged to and including **June 9, 2023**. We are disinclined to grant a request for further enlargement of this deadline.

By the Court:

Maria R. Hamilton, Clerk

cc:
Thomas M. Hoopes
Rebecca A. Jacobstein
Thomas E. Kanwit
Jessica J. Lewis
Donald Campbell Lockhart
Christopher Morgan
Elizabeth N. Mulvey
Matthew R Segal
Michael Shih
Jason M. Strojny
Daniel Tenny