# United States Court of Appeals
## For the First Circuit

.No. 22-1862

ANTHONY D. GULLUNI,
District Attorney for Hampden County, in his official capacity,

Plaintiff, Appellant,

v.

JOSHUA S. LEVY,
Acting U.S. Attorney for the District of Massachusetts,

Defendant, Appellee.

**JUDGMENT**

Entered: October 30, 2023

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Elizabeth N. Mulvey, Thomas M. Hoopes, Jason M. Strojny, Matthew R Segal, Jessica J. Lewis, Rebecca A. Jacobstein, Thomas E. Kanwit, Donald Campbell Lockhart, Daniel Tenny, Michael Shih, Christopher Morgan