# United States Court of Appeals
## For the First Circuit

No. 22-1862

ANTHONY D. GULLUNI, District Attorney for Hampden County, in his official capacity,

Plaintiff - Appellant,

v.

JOSHUA S. LEVY, Acting United States Attorney for the District of Massachusetts,

Defendant - Appellee.

**MANDATE**

Entered: December 22, 2023

    In accordance with the judgment of October 30, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Thomas M. Hoopes
Rebecca A. Jacobstein
Thomas E. Kanwit
Jessica J. Lewis
Donald Campbell Lockhart
Christopher Morgan
Elizabeth N. Mulvey
Matthew R Segal
Michael Shih
Jason M. Strojny
Daniel Tenny